# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0211-02** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **STEVEN RAY MORELAND**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 18th day of May, 2010, upon consideration of defendant Moreland's motions (Docs. 95, 97) in limine,[1] wherein Moreland requests that the court give jury instructions at trial regarding entrapment and possession of a controlled substance with intent to distribute,[2] and upon further consideration of the government's response (Doc. 103) to Moreland's motion, wherein the government requests that the court defer its decision as to whether the proposed instructions are proper until evidence is introduced at trial, (id. at 3), and upon further consideration of the order of court dated October 1, 2009 (Doc. 44), wherein the court directed each party to "submit requests for charge at the beginning of its case in chief unless otherwise allowed or directed by the court," (Doc. 44 ¶ 17), and the court concluding that the motions (Doc. 95, 97) which Moreland submitted as motions in limine essentially amount to a request for certain points for charge, it is

---

[1] Moreland has filed two motions in limine, but they are identical. Therefore, they do not warrant separate analysis, and the court will discuss them jointly.

[2] Moreland indicates that he may submit additional instructions for the jury, including "instructions regarding conspiracy and aiding and abetting[.]" (Docs. 95, 97 at 9).

hereby ORDERED that Moreland's motions (Docs. 95, 97) are DENIED without prejudice to his right to request points for charge at the appropriate juncture.

                                         <u>S/ Christopher C. Conner</u>
                                         CHRISTOPHER C. CONNER
                                         United States District Judge